NICOLA T. HANNA
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
CHRISTOPHER CESTARO
Assistant Chief
Fraud Section, Criminal Division
United States Dept. of Justice
    1400 New York Ave, N.W.
    Bond Building
    Washington, D.C. 20005
    Telephone: (202) 714-0735
    Email: christopher.cestaro@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>          v.<br>JUTHAMAS SIRIWAN,<br>  aka "the Governor," and<br>JITTISOPA SIRIWAN,<br>  aka "Jib,"<br><br>      Defendants. | CR No. 09-81-GW<br><br>ORDER TO DISMISS |
|---|---|

**ORDER**

Having considered the government's motion, the Court finds that the interests of justice are served by dismissing the criminal indictment without prejudice as to defendants Juthamas Siriwan and Jittisopa Siriwan.

THEREFORE, the criminal indictment is dismissed without prejudice as to defendants Juthamas Siriwan and Jittisopa Siriwan.

DATED: January 4, 2019

_____
The Honorable George H. Wu
United States District Judge

PREPARED BY:

_____/s/_____
Christopher Cestaro
Attorney for Plaintiff
UNITED STATES OF AMERICA

2